THE DWELLE-KAISER COMPANY, Plaintiff, *v.* C. H. FRID, Doing Business under the Firm Name of FRID-MCLEOD CONSTRUCTION COMPANY, et al., Defendants, NATIONAL BANK OF FREDONIA, Appellant, and JAMESTOWN STONE AND MARBLE CORPORATION et al., Respondents.

(Argued March 29, 1932; decided April 26, 1932.)

*William C. Carroll* and *Kenneth W. Glines* for appellant. *Joseph F. Rice* and *Ross A. Spoto* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.   Not sitting: KELLOGG and CROUCH, JJ.